UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

FELIX GUERRERO,

        Movant,

   -v-                                                      No. 08 Civ. 2880 (LTS) (KNF)

UNITED STATES OF AMERICA,

                                                            ORDER

        Respondent.

-------------------------------------------------------x

LAURA TAYLOR SWAIN, District Judge:

        Upon reading the Motion of Movant for an order pursuant to 28 U.S.C. § 2255 vacating, setting aside and/or correcting the sentence previously imposed upon Movant by this Court (see 05 Cr. 636 (LTS)), and the Court having determined in accordance with Rule 4 of the Rules Governing Section 2255 Cases in the United States District Courts that Respondent should file an answer, it is hereby

        ORDERED, that the Clerk of the Court shall serve, by certified mail, copies of this Order and the underlying Motion submitted by Movant on the United States Attorney for the Southern District of New York; and it is further

        ORDERED, that Respondent shall serve and file an answer to the Petition, with a memorandum of law, on or before June 2, 2008.

        **IT IS SO ORDERED**.

Dated:        New York, New York
                 April 2, 2008

                                                          LAURA TAYLOR SWAIN
                                                          United States District Judge

2255.ANS.WPD VERSION 5/9/05