UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

FELIX GUERRERO,

    Movant,

  -v-                                     Nos. 08 Civ. 2880/ 08 Civ. 3220 (LTS) (KNF)

UNITED STATES OF AMERICA,

                                             ORDER

    Respondent.

-------------------------------------------------------x



LAURA TAYLOR SWAIN, District Judge:

It is hereby ORDERED that the Movant shall serve and file any reply papers to the Government's response on or before **September 12, 2008**. Any such reply papers shall include one or more detailed and truthful affidavit(s) setting forth the factual contentions and Mr. Guerrero and any family members' allegations that they requested that defense counsel file a notice of appeal.

SO ORDERED.

Dated:    New York, New York
             July 10, 2008

                                                     /s/ LAURA TAYLOR SWAIN
                                                     United States District Judge